UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TRIBAL GEOGRAPHIC INFORMATION SUPPORT CENTER,<br>Plaintiff,<br>v.<br>CALIFORNIA TRIBAL GIS, et al.,<br>Defendants. | No. 2:26-cv-01612-DAD-CSK<br><br><u>ORDER GRANTING AMENDED MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO THE PARTIES' STIPULATION</u><br><br>(Doc. No. 10) |

This matter came before the court on July 7, 2026 for a hearing on plaintiff's motion for preliminary injunction filed on May 13, 2026. (Doc. Nos. 10, 23.) Attorney Richard O'Hare appeared on behalf of plaintiff and attorney Daniel Ballard appeared on behalf of defendants. (Doc. No. 23.) At that hearing, the parties stipulated that the motion for preliminary injunction should be granted using the language proposed by defendants in their opposition to the pending motion for preliminary injunction (Doc. No. 20 at 5–6). Accordingly, pursuant to that stipulation, the court GRANTS plaintiff's motion for preliminary injunction (Doc. No. 10).

Pending final judgment in this action, defendants California Tribal GIS and Donna R. Begay, and their officers, directors, agents, representatives, servants, employees, attorneys, and all persons acting in concert or participation with them who receive actual notice of this order, are preliminarily enjoined from:

1. Using the TRIBAL GIS mark, or any confusingly similar designation, including “Tribal GIS,” “California Tribal GIS,” “Tribal GIS Summit,” “California Native American Tribal GIS Summit,” “CA Tribal GIS Summit,” or any substantially similar name, mark, logo, trade name, domain name, social media identifier, event name, sponsorship material, merchandise, or promotional designation, in connection with any conference, workshop, training, educational service, fundraising activity, sponsorship solicitation, merchandise, or related goods or services;

2. Representing, suggesting, or implying that defendants or any of their events, services, products, sponsorships, fundraising activities, or promotional efforts are affiliated with, sponsored by, endorsed by, approved by, or connected with plaintiff;

3. Soliciting sponsorships, donations, exhibitors, presenters, attendees, or participants using the TRIBAL GIS mark or any confusingly similar designation;

4. Advertising, promoting, offering, selling, distributing, or displaying merchandise bearing the TRIBAL GIS mark or any confusingly similar designation;

5. Upon entry of this Order, defendants shall continue their efforts to remove from their websites, social media accounts, marketing platforms, registration pages, sponsorship materials, merchandise listings, and all other public-facing materials any use of the TRIBAL GIS mark or confusingly similar designation. Defendants shall identify to plaintiff any third-party who ignores or refuses defendants’ request to remove.

6. To the utmost possible within their control, defendants are prohibited from maintaining, publishing, distributing, or displaying any website, webpage, social media page, brochure, flyer, registration page, sponsorship packet, event program,

/////

/////

/////

or other promotional material using the TRIBAL GIS mark or any confusingly similar designation.

IT IS SO ORDERED.

Dated: **July 13, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE